Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
JS-2/JS-3 _____
Scan Only _____

FILED
CLERK, U.S. DISTRICT COURT

FEB 26 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JAVIER ACEVEDO,

               Petitioner,

      v.

DERRAL G. ADAMS, Warden,

               Respondent.

     Case No. CV 09-6505-JVS (JEM)

     **JUDGMENT**

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith.

    IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: _____2.26.11_____

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE